IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANNY AMEN VALENTINE-SHABAZZ | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1483 |
| | : | |
| REED HASTINGS, et al. | : | |

**ORDER**

AND NOW, this 3rd day of June, 2022, because pro se Plaintiff Danny Amen Valentine-Shabazz has failed to comply with the Court's April 22, 2022, Order, in which the Court gave Valentine-Shabazz thirty (30) days to sign the Complaint as required by Rule 11(a),[1] or else face dismissal of this case without further notice, it is ORDERED the Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] The initial filling in this case, which the Court construes to be a complaint, was submitted without a handwritten signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). The United States Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *See Syville v. New York City of New York*, No. 20-0570, 2020 WL 2614705, at *1 (S.D.N.Y. May 15, 2020) (citing *Becker v. Montgomery*, 532 U.S. 757, 764 (2001)).